FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 07 2010 ★

BROOKLYN OFFICE

JHK:JPL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

       Defendant.

- - - - - - - - - - - - - - - -X

NOTICE OF MOTION

CR 10 - 0013

DEARIE, CH. J
GOLD, M.J.

    Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           January 7, 2010

                               BENTON J. CAMPBELL
                               United States Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York 11201

           By:   /s/
                 James P. Loonam
                 Assistant U.S. Attorney
                 (718) 254-7520

