JHK:JPL
F.# 2010R00017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AMANULLAH ZAZI,

           Defendant.

I N F O R M A T I O N

Cr. No. 10-0013 (RJD)
(T. 18, U.S.C., §§
1512(k), 2339D(a),
2339D(b)(3), 2 and 3551
et seq.)

- - - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Receiving Military-Type Training from
a Foreign Terrorist Organization)

       In or about September 2008, within the extraterritorial jurisdiction of the United States, the defendant AMANULLAH ZAZI did knowingly and intentionally aid and abet others in receiving military-type training, as defined in 18 U.S.C. § 2339D(c)(1), from and on behalf of a foreign terrorist organization, to wit: Al Qaeda, which has been designated by the Secretary of State as a foreign terrorist organization since October 1999, pursuant to Section 219(a)(1) of the Immigration and Nationality Act.

       (Title 18, United States Code, Sections 2339D(a), 2339D(b)(3), 2 and 3551 et seq.)

COUNT TWO
(Conspiracy to Obstruct Justice)

       In or about September 2009, within the Eastern District of New York, the District of Colorado and elsewhere, the defendant AMANULLAH ZAZI, together with others, did knowingly and

2

intentionally conspire to corruptly alter, destroy, mutilate and conceal objects, to wit: glasses, masks, liquid chemicals and containers, with the intent to impair the objects' integrity and availability for use in an official proceeding, to wit: a federal grand jury investigation into federal crimes of terrorism, and otherwise obstruct, influence and impede that proceeding, in violation of Title 18, United States Code, Section 1512(c).

(Title 18, United States Code, Sections 1512(k) and 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

Criminal Action    No. CR-10-0013 (RJD)

**UNITED STATES DISTRICT COURT**
Eastern District of New York

United States of America

—Against—

Amanullah Zazi

INFORMATION

Benton J. Campbell

United States Attorney,
Attorney for EDNY
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 19 ___

Attorney for _____

AUSA Marshall Miller (718)254-6421

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ___ day of _____, 19 ___, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 19 ___

To:

United States Attorney,
Attorney for _____

Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ___ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York _____, 19 ___

To:

United States Attorney,
Attorney for _____

Attorney for _____