```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                              O R D E R

JOHN DOE,                                    10 CR 013 (RJD)

                    Defendant.
- - - - - - - - - - - - - - - - - X
```

  Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Melissa B. Marrus, it is hereby

  ORDERED that the following sealed documents in the above-captioned case be unsealed:

(1) Doc. #1 - Notice of Motion;

(2) Doc. #2 - Court Relation Letter;

(3) Doc. #3 - Cover Letter from the Government;

(4) Doc. #4 - Sealed Order to Close Courtroom;

(5) Doc. #5 - Information;

(6) Doc. #6 - Letter to the Court Pertaining to Bail Conditions;

(7) Doc. #8 - Status Conference Docket Entry;

(8) Doc. #9 - Order for Judicial Removal;

(9) Doc. #9-1 - Sealed Order to Close Courtroom;

(10) Doc. #10 - Cover Letter from the Government;

(11) Doc. #12 - Sealed Order to Close Courtroom;

(12) Doc. #13 - Status Conference Docket Entry;

(13) Doc. #13-1 - Public Calendar Entry;

(14) Doc. #15 - Waiver of Indictment;

(15) Doc. #16 - Docket Entry for Guilty Plea;

(16) Doc. #16-1 - Public Calendar Entry;

(17) Doc. #18 - Redacted Order Setting Conditions of Release.

Dated: Brooklyn, New York
July 15, 2011

                                        s/ Judge Raymond J. Dearie

                                        HONORABLE RAYMOND J. DEARIE
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK