

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2012

**By Hand Delivery**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Amanullah Zazi
           Criminal Docket No. 10-013 (RJD)

Dear Judge Dearie:

      The government writes to respectfully request that the Court schedule sentencing for defendant Amanullah Zazi. Zazi pleaded guilty on January 8, 2010, to a two-count information charging him with aiding and abetting others in receiving military-type training from al-Qaeda, in violation of 18 U.S.C. § 2339D(a), and conspiring to obstruct justice, in violation of 18 U.S.C. § 1512(k). Since his guilty plea, Zazi's sentencing has been held in abeyance at the request of the parties. The parties are now prepared to proceed to sentencing. To this end, the government requests the Court to direct the Probation Department to prepare the defendant's presentence investigation report.

                                Respectfully Submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                    By:      /s/
                         James P. Loonam
                         Assistant United States Attorney
                         (718) 254-7520

cc: Mark DeMarco, Esq. (ECF)